In the ESTATE OF Mary
L. BODER, Plaintiff,

Mercantile Bank of St. Joseph,
N.A., Respondent,

v.

ALBRECHT ART MUSEUM,
et al., Respondents,

and

Ralph O. Stauber, Sr., et al., Appellants,

and

Unknown, Unborn and Minor Descendants of Ralph Stauber, St. Joseph Historical Society, et al. and Attorney General of Missouri, Respondents.

No. WD 48083.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Ralph O. Stauber, Sr., appellant pro se.

Stephen J. Briggs, St. Joseph, for respondent Mercantile Bank of St. Joseph.

John Phillip Beihl, St. Joseph, for respondents Albrecht Art Museum and St. Joseph Historical Soc.

Mark Allen Brittingham, St. Louis, for respondent unknown, unborn and minor descendants of Ralph Stauber.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, for respondent Atty. Gen. of Missouri.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from order allocating attorney fees against family trust and finding guardian ad litem fee reasonable.

Judgment affirmed.   Rule 84.16(b).